Mary E. Livingston, as Trustee under the Last Will and Testament of Edward N. Tailer, Deceased, Appellant, v. Title Guarantee and Trust Company, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Frances Newman Sturman, Appellant, v. The New York Central Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. John Rotto, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Joseph Franklyn Viola, Appellant, v. Rockland County Corporation, Respondent.— Order, so far as appealed from, unanimously modified to the extent of allowing paragraph seventh to stand only as a partial defense, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Realty Associates Securities Corporation and Victor Polstein, Respondents, v. Book Realty Corporation and Others, Impleaded, etc., Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Clifton Modeste, Appellant, v. Annetta Freeman and Others, Respondents. — Judgment unanimously affirmed, with costs to the respondent Annetta Freeman. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Edward J. Ramsey, Appellant, v. City of New York and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Rose Agnes Goldner, an Infant, by Charlotte Goldner, Her Guardian ad Litem, and Henry Goldner, Appellants, Respondents, v. Knickerbocker Ice Company, Defendant, Respondent, and Thomas Brennan, Respondent, Appellant.— Judgment unanimously modified by reversing so much thereof as adjudges that defendant Knickerbocker Ice Company have judgment against plaintiffs, and by providing that plaintiffs have judgment against the defendants as stated in order, and as so modified affirmed, with costs to plaintiffs-appellants against defendants. The judgment in so far as it is against the Knickerbocker Ice Company is on the ground that defendant Thomas Brennan was acting within the scope of his employment. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of Rose De Nicola, Respondent, against Harry De Nicola, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.